| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella K Park, Esq., SBN 152659<br>Yalan Zheng, Esq., SBN 241294<br>yzheng@parkandzheng.com<br>Law Offices of Park & Zheng<br>6 Venture, Ste 265<br>Irvine, CA 92618<br>Tel: (949)679-3372<br>Fax: (949)258-9808 | |

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JOCOTAL LLC | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 07/26/2023

_[signature] NGAN TRAN as attorney-in-fact for Trong M Nguyen_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                         F 1007-1.MAILING.LIST.VERIFICATION

Bench Equity LLC
1223 S Clearview Suite 103
Mesa, AZ 85209


Liz Fo
5412 Old Pirate Drive
Huntington Beach, CA 92649


Green Lotus LLC
8892 Cliffside Drive
Huntington Beach, CA 92646


Julie Dao
310 N Olympic Place
Anaheim, CA 92806


Geraci Law Firm
90 Discovery
Irvine, CA 92618